

# QUESTCO

GH America Investments Group, Inc

EMPLOYEE HANDBOOK

100 Commercial Circle Conroe, Texas 77304

questco.net

EXHIBIT 1

GHA00001



# GH America Investments Group, Inc.

2800 Post Oak Blvd., Suite 3601

Houston, TX 77056

(832) 917-6388 Office

(832) 917-1834 Fax

EXHIBIT 1

GHA00002

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

## Table of Contents

Introduction ........................................................................................................... 2

About the Employee Handbook Supplement ......................................................... 2

Conflicts of Interest .............................................................................................. 3

Work Hours & Paychecks ...................................................................................... 5

Attendance/Punctuality ......................................................................................... 6

Company Notices ................................................................................................... 7

Introductory Period ................................................................................................ 7

Performance Evaluations ....................................................................................... 7

Standards of Conduct ............................................................................................ 8

Company Holidays ................................................................................................. 9

Paid Time Off (PTO) .............................................................................................. 9

General Medical Leave of Absence ...................................................................... 10

Bereavement Leave .............................................................................................. 13

Jury/Witness Duty ................................................................................................. 14

Dress Code/Personal Appearance ........................................................................ 14

Business Travel... .................................................................................................. 15

Telecommunications & Electronic Devices… ........................................................ 16

Social Media ......................................................................................................... 18

Facilities… ............................................................................................................. 20

Operation of Vehicles ............................................................................................ 21

Drug and Alcohol Free Workplace ........................................................................ 22

Notice to the Manager ................................................................................. 25

Impairment During Work Time ..................................................................... 25

Impairment Outside of Work Time ............................................................... 25

QUESTIONS .......................................................................................................... 25

EXHIBIT 1

GHA00003

# GH America Investments Group, Inc.
### Supplement to the Questco Employee Handbook

### Introduction

*GH America Investments Group, Inc. and Questco are your co-employers. This information is specific to your worksite employer, GH America Investments Group. Please keep this document with your Questco Employee Handbook. This information may be revised as policies change or new policies are adopted.*

*Please Note: Upon separation, every employee must – within 24 hours – contact the Questco Human Resources Department at (800) 256-7823 to discuss reassignment eligibility. If you must leave a voicemail, please leave your name, telephone number, and the name of the worksite employer from whom you have separated. A representative from Questco Human Resources Department will return your call. Once you have spoken to a human resources representative, you will be issued a code as proof that you reported for potential reassignment. Failure to report upon separation may result in denial of unemployment benefits to which you may otherwise be entitled, per Texas Labor Code Section 207.045.*

## About the Employee Handbook Supplement

The handbook supplement is designed to acquaint you with GH America Investments Group, Inc., including its subsidiaries and direct affiliates (all of which are included herein the term "Company"), and provide you with information about working conditions, employee benefits, and policies and procedures affecting your employment. The provisions of this supplement are designed to serve as guidelines and are not necessarily all-inclusive. There may be other documents containing additional policies and procedures to which you will need to refer from time to time. It is your responsibility to be sure that you understand and comply with all Company policies and procedures.

In some instances, the provisions of the Questco Employee Handbook (the "Handbook Supplement") and those of this GH America Investments Group, Inc. Handbook may not be directly worded the same. In any such instance, the provisions of GH America Investments Group, Inc. Handbook generally shall control and you are directed to speak with your supervisor should you have any questions or concerns.

## Business Code of Conduct

GH America Investments Group is committed to the highest standard of integrity in all of its business activities. Our standards begin with strict compliance with all Federal, State, and Local laws, rules and regulations where we do business. It is the Company's expectation for all employees to have an understanding of Company policies and all laws and regulations that apply to Company operations and within the scope of the employee's job duties. The successful business operation and reputation of the Company is built upon the principles of fair dealing and ethical conduct of our employees. Our reputation for integrity and excellence requires careful observance of the spirit and letter of all applicable laws and regulations, as well as scrupulous regard for the highest standards of conduct and personal integrity. We will comply with all

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00004

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

applicable laws and regulations and expect all directors, officers, and employees to conduct business in accordance with the letter, spirit, and intent of all relevant laws and to refrain from any illegal, dishonest, or unethical conduct.

In general, the use of good judgment, based on high ethical principles, will guide you with respect to lines of acceptable conduct. If a situation arises where it is difficult to determine the proper course of action, the matter should be discussed only with your supervisor. Compliance with this policy of business ethics and conduct is the responsibility of every employee. Disregarding or failing to comply with this standard of business ethics and conduct may lead to disciplinary action, up to and including termination of employment. Retaliation against any employee who raises any questions, concerns or complaints concerning the honesty and integrity of our operations is strictly prohibited. Similarly, retaliation is prohibited against any employee who provides accurate information to any law enforcement agency about the commission of any federal or state offense. Any employee who feels that he or she has been retaliated against or threatened with retaliation for these reasons should report the matter immediately to the Human Resources Director.

**Conflict of Interest**

We expect the undivided loyalty of all employees in the conduct of the Company's business. It is important that employees be free from any financial interests or other relationships that might conflict with the best interests of the Company. Accordingly, each employee shall avoid any investment or other interest in another business which would conflict with the proper performance of his or her duties or responsibilities for the Company, or which might interfere with his or her independence of judgment with respect to transactions between the Company and such other business.

In making decisions, all employees of the Company must exercise independent judgment for the best interest of the Company. Personal or outside interests or relationships must not influence employees to the detriment of the Company. It has been, and continues to be, the practice of the Company to purchase equipment, commodities, and services solely on the basis of merit. No vendors will be awarded strictly on the basis of relationship to members of the Company.

Employees of the Company must not engage in any activities or relationships, including personal investments, that might directly or indirectly result in a conflict of interest, or impair their independence of judgment. They must not accept gifts, favors, or benefits that might tend in any way to influence them in the performance of their duties. If an employee finds that he or she has, or is considering the assumption of, a financial interest or outside relationship which might involve a conflict of interest, or if the employee is in doubt as to the proper application of this policy, he or she should promptly make all the facts known to the Employee's immediate supervisor and, as necessary the President or CEO, and refrain from any exercise of responsibility in any manner that might reasonably be considered to be affected by any adverse interest. If employees have any question as to whether a situation is a conflict of interest, they should discuss the matter with their supervisor and, as necessary, refer to the President or CEO for a final determination.

If employees have any influence on transactions involving purchases, contracts, or leases, it is imperative that they disclose to the President or CEO of the Company as soon as possible the

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00005

## GH America Investments Group, Inc.
### Supplement to the Questco Employee Handbook

existence of any actual or potential conflict of interest so that safeguards can be established to protect all parties.

Other prohibited activities include:

- Acting (paid or unpaid) as an employee, officer, director, consultant or representative of any customer or supplier of the Company or of any competitor of the Company, without the prior express authorization of the President or CEO of the Company;

- Having a financial involvement with an employee or representative of a customer or supplier or competitor of the Company with whom the employee directly or indirectly deals in the course of his or her employment with the Company, without the prior express authorization of the President or CEO of the Company;

- Accepting free or greatly discounted products, services or other personal use items (e.g. event tickets and clothing items) from any employee or representative of a customer, supplier or competitor of the Company, without the prior express authorization of the President or CEO of the Company;

- Soliciting any subordinate employee to engage in or actually engaging in any outside employment or business activity with such an employee, without the prior, express authorization of the President or CEO of the Company.

Contact the President or CEO of the Company for more information or questions about conflicts of interest.

### Confidentiality

As an employee of the Company you will have access to confidential and proprietary information that is vital to the current operations and future success of the Company, and you are responsible for its security. Extreme care must be exercised to ensure that it is safeguarded and protected. The Company's business affairs, projects, or clients should not be discussed with anyone outside the Company, or in some cases with other employees not working on your project, except when required in the normal course of business. The Company has adopted a comprehensive Confidentiality Policy, the terms of which each employee is required to acknowledge and agree to in writing. The Company also reserves the right to require all prospective and current employees to sign a Non-Disclosure Agreement. These restrictions are not intended to prohibit the disclosure to outsiders of information about the Company that is routinely made available to the public by advertising or otherwise, such as the nature of the Company's services and its business hours. Your obligation not to disclose the Company's confidential and proprietary information applies during and after your employment.

### OUTSIDE EMPLOYMENT

The Company will not take adverse employment action against any employee for engaging in lawful conduct occurring during nonworking hours away from Company premises. Under certain

EXHIBIT 1                                    GHA00006

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

circumstances, however, if an employee's personal conduct begins to adversely affect his or her performance on the job, or begins to make it impossible for him or her to carry out any one or all of his or her job duties while at work, appropriate disciplinary action up to and including discharge may be appropriate. Therefore, the following types of outside employment are prohibited:

- Employment that conflicts with your work schedule, duties and responsibilities or creates an actual conflict of interest;

- Employment that impairs or has a detrimental effect on your work performance with the Company;

- Employment that requires you to use Company property, facilities, resources or equipment;

- Employment that requires you to conduct work or related activities on Company property or during Company working hours;

- Employment that directly or indirectly competes with the business or the interests of the Company;

- For the purposes of this policy, self-employment is considered outside employment.

If you wish to engage in outside employment which may create a conflict of interest, you must submit a written request to the President or the CEO explaining the details of the outside employment. If your request is authorized, we will not assume any responsibility for your outside employment. Specifically, we will not provide workers' compensation coverage or any other benefit for injuries occurring from or arising out of such outside employment. Authorization to engage in such outside employment can be revoked at any time.

## EMPLOYMENT OF RELATIVES

Employment of family members is permitted except when the employment would create a potential conflict of interest between their roles and the Company. We will not take any adverse employment action against any employee for engaging in relationships either familial or otherwise during nonworking hours away from Company premises. However, we will consider such relationships when they affect your job performance, occur during working time, or on Company premises or pose the danger of conflict of interest. Such situations will be resolved on a case-by-case basis. The Company may refuse to hire or place a relative or other intimately associated individual in a position where the potential for favoritism or conflict exists. For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.

## Work Hours & Paychecks

GH America Investments' office hours of operation are typically Monday thru Friday 9:30am –

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00007

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

5:30pm. Hours and work schedules may vary according to business needs. It is the expectation of the organization that all employees work 40-hours per week in accordance with the terms of their employment. In the event an Employee needs to modify his/her work schedule, the employee should contact their direct supervisor for their scheduling requests. A workweek is defined as Sunday thru Saturday and paychecks are distributed semi-monthly on the 15th and last day of each month.   If a scheduled payday falls on a Saturday, Sunday, or Company-observed holiday, payroll will usually be processed for ACH delivery the prior business day before the weekend or holiday.

Please review your paystub for accuracy and promptly notify your supervisor of any discrepancies.   It is the employee's responsibility to notify their supervisor of address changes to ensure timely delivery of paystubs and other pertinent information from the Company.

Employees classified as salary/exempt status are required to report full days of absence from work for reasons such as paid time off (PTO), holiday, leaves of absence, or personal business to ensure proper accrual and accounting of leave benefits.

### Attendance/Punctuality

*Office Access* – The Company may at any time choose to install an electronic entrance to the offices. In that circumstance, Employees may be required to swipe an electronic key (or other similar device) upon arrival in the offices in the morning and/or departure from the offices in the evening. The Company reserves the right to monitor the logs of such system in order to assess employee punctuality and attendance.

*Scheduled Time Off* - The Company understands that illness of an employee or family member may prevent an employee from coming to work, and that sometimes, personal business must be taken care of during business hours.  For minimum disruption to our operations, employees are encouraged to schedule time off, for reasons other than illness, as early or as late in the day as possible.  Employees are required to have their supervisor's approval for their scheduled time off.

*Absences* – The Company considers unscheduled absences of forty (40) or more hours in a calendar year to be excessive.  Employees with such absences may be subject to disciplinary action including termination of employment.

*Call-In Procedures*:  Regular and punctual attendance is an essential duty of any employment position with the Company.  The Company expects employees to be at work on time and to work during business hours, except in cases of emergency.

**If an employee is absent and cannot perform their duties, they are required to personally notify their supervisor prior to the start of their workday.  It is unacceptable for friends and family members to call on behalf of an employee unless extenuating circumstances prevent that employee from following call-in procedures.  Employees will be given the Company phone number at their time of hire.  Employees will be notified if any changes occur.**

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00008

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

Employees are required to notify management if they have an unscheduled absence. Failure to do so may result in disciplinary action up to and including termination of employment. If an employee is absent for three (3) business days or more without properly notifying their supervisor it will be reported as a voluntary resignation of employment. Additionally, if an employee is absent for three or more consecutive business days due to illness, the Employee's supervisor may require a statement from a physician before they will be permitted to return to work.

### Company Notices

Employees are advised to check Company website and written notices on a regular basis. Information is posted to communicate important Company information including safety rules and management memos. Employees are responsible for reading the information that is posted which may include changes in procedures and mandatory meeting times. Please see your manager or supervisor for the location of the bulletin board nearest your office.

### Introductory Period

All new and rehired employees work on an introductory basis for the first ninety (90) calendar days after their date of hire. The introductory period is intended to give new employees the opportunity to demonstrate their ability to achieve a satisfactory level of performance and to determine whether the new position meets their expectations.

The Company uses this period to evaluate employee capabilities, work habits, and overall performance. At the same time, this is the employee's opportunity to determine if the Company is a good fit for them. Either the Employee or the Company may end the employment relationship at will at any time during or after the introductory period, with or without cause or notice.

### Performance Evaluations

Supervisors and employees are strongly encouraged to discuss job performance and goals on an informal, day-to-day basis. Newly hired employees will receive performance feedback at the end of their 90-day Introductory Period and annually thereafter. Written performance evaluations are conducted periodically for all employees.

Performance Evaluations provide both parties the opportunity to discuss job tasks, identify strengths and weaknesses and methods for improving job performance. An employee may also be reviewed at any time the Company feels it is warranted for commendation or required improvement.

An employee's performance review and planning sessions are an important part of the total compensation package. A positive performance evaluation does not guarantee an increase in salary, a promotion, or even continued employment. The terms and conditions of employment, including compensation increases, job assignments, transfers, promotions and demotions, and increases in paid-time-off are determined by and at the sole discretion of the Company.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00009

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

**STANDARDS OF CONDUCT**

In order to assure orderly operations and provide the best possible work environment, we expect employees to follow rules of conduct that will protect the interests and safety of personnel. While it is not possible to list all the forms of behavior that are considered unacceptable in the workplace, the following are examples of infractions of rules of conduct that may result in disciplinary action, including suspension, demotion, or termination of employment.

- Falsification of employment records, employment information, or other records.

- Recording the work time of another employee, allowing any other employee to record your work time, or allowing falsification of any time card, whether your own or another employee's.

- Theft or the deliberate or careless damage of any Company property or the property of any employee or client.

- Unauthorized use of Company equipment, time, materials, or facilities.

- Possessing, distributing, selling, transferring, or using -- or being under the influence of -- alcohol or illegal drugs in the workplace.

- Provoking a fight or fighting during working hours or on premises owned or occupied by the Company.

- Engaging in criminal conduct, whether or not related to job performance.

- Insubordination, including but not limited to failure or refusal to obey the orders or instructions of any supervisor or member of management.

- Using abusive or threatening language at any time during working hours or while on premises owned or occupied by the Company.

- Unreported absence of two consecutive scheduled workdays.

- Failing to obtain permission to leave work for any reason during normal working hours.

- Failing to observe working schedules, including rest and lunch periods.

- Abusing paid sick leave.

- Failing to provide a physician's certificate when requested or required to do so.

- Working overtime without authorization or refusing to work assigned overtime.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00010

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

- Violating any safety, health, or security policy, rule, or procedure of the Company.

- Committing a fraudulent act or a breach of trust in any circumstances.

Although employment may be terminated at will by either you or the Company at any time, without following any formal system of discipline or warning, we may exercise discretion to utilize forms of discipline that are less severe than termination. Examples of less severe forms of discipline include verbal warnings, written warnings, demotions and suspensions. While one or more of these forms of discipline may be taken, no formal order or procedures are necessary.

**This statement of prohibited conduct does not alter or limit the policy of employment at will. Either you or the Company may terminate the employment relationship at any time for any reason, with or without cause, and with or without notice.**

### Company Holidays

Regular, full-time employees are eligible for paid holiday time off.  Employees must work the last scheduled day before the holiday and the first scheduled day after the holiday unless prior approval or vacation has been provided  by their supervisor.  Salaried employees will receive the day off with pay.

Prior to the start of every new calendar year, the Company will normally announce the holiday schedule for the ensuing year. The list of holidays will specify whether another weekday shall be added to the holiday schedule if a holiday falls on a weekend.

Holiday pay is not classified as hours worked in the calculation of overtime pay.   Any unexcused absences immediately before or after a holiday will result in the forfeiture of holiday pay and disciplinary action up to and including termination of employment.

### Paid Time Off (PTO)

The Company highly values its employees and recognizes the need for designated time away from their everyday work schedule.  The Company provides Paid Time Off (PTO) for all regular, full-time employees as a benefit to be used for planned vacation days, emergencies, sickness, or any approved time.  The PTO policy is all-encompassing; there are no separate "vacation," sick," or "personal" days.

***PTO Accruals* –** The annual number of PTO days to which an employee is entitled shall be determined at the time of his/her employment. Upon completion of 90 days of employment, regular full-time employees shall be entitled to accrue PTO on a prorated basis beginning from the first day of employment, and shall thereafter accrue their annual PTO entitlement on a pro rated basis per every pay period.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00011

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

***PTO "Carry-Over"*** - In the event that available PTO leave is not used by the end of the calendar year (Jan. 1st – Dec. 31st), employees may carry-over up to a **maximum** of 40 hours of unused, accrued PTO to the next calendar year.

***Scheduling Paid Time Off*** **–** Written requests for PTO must be submitted to your immediate supervisor at least two (2) weeks prior to the requested date(s) or as soon as the need for leave is known so that schedules may be adjusted accordingly. Written requests for PTO shall include, if applicable, a request to use PTO that has not yet been accrued by the employee. Approval of time off, and approval of an employee's use of unaccrued PTO, is at management's discretion depending on business needs and possible scheduling conflicts.   If two or more employees request the same dates, which the Company cannot accommodate, approval will be based on each employee's attendance and job performance. Employees may take PTO in half day (4 hour) or full day (8 hour) increments.  Employees may not take more than two consecutive weeks off at a time, except under extraordinary circumstances.

Unused, accrued paid time off will be paid out to employees who separate from the Company if: (1) they provide two weeks' written notice of resignation, and (2) they are not discharged for misconduct or violation of Company policy.  Failure to provide notice will disqualify employees from receiving any unused, accrued PTO payouts upon separation.  At the discretion of the Company, the resigning employee may be granted early release.

In the event an employee is approved to use unaccrued PTO and subsequently separates from the Company for any reason, the Company shall be entitled, at its election, to deduct the amount of salary attributable to such unaccrued PTO from any unpaid salary due to the employee at the time of their separation or, if such unpaid salary is insufficient, to demand employee re-pay such amount to the Company.

PTO is paid as straight time and for overtime purposes is not classified as hours worked.  The Company does not allow employees to sell accrued PTO back to the Company or to other employees.  PTO does not accrue while an employee is on a leave of absence.  Under this policy, an employee must be actively working in order to accrue PTO.

***Unpaid Time Off*** **–** At the Company's discretion, full and part-time employees may request unpaid time off after they have successfully completed ninety (90) days of employment.  Employees are required to follow the procedures for scheduling time off as indicated above.

**General Medical Leave of Absence**

Regular, full-time and regular, part-time employees may be provided a medical leave of absence in limited circumstances.  Such a leave would include time off the job for an employee's illness, pregnancy or an employee's injury.

Employees who have a cumulative twelve (12) months of prior service and who have worked at least 1,250 hours during the twelve (12) months immediately preceding the date on which General Medical Leave would commence are eligible to request such leave. At the sole discretion of the

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00012

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

Company, employees with a lesser period of service may be considered eligible to request medical leave under the terms of the Company's Medical Leave Policy.

There are four basic types of General Medical Leave available. They are as follows:

1. **Pregnancy Leave** - Leave for incapacity due to pregnancy, prenatal care, or childbirth.

2. **Parental Leave** - Leave for care of or bonding with the employee's child within twelve (12) months of the birth or placement for adoption or foster care of a child (under eighteen (18) years of age).

3. **Serious Personal Illness Leave** - Leave needed by the employee because of a serious health condition which renders the employee unable to perform the functions of his or her job.

4. **Serious Family Illness Leave** - Leave needed by the employee in order to care for a spouse, son or daughter, or parent who has a serious health condition.

A serious health condition is defined as a condition that requires inpatient care at a hospital, hospice or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care or a condition that requires continuing care by a licensed health care provider.

In general, eligible employees are entitled to a total of twelve (12) weeks of General Medical Leave during any rolling twelve (12) month period. In cases where both husband and wife work for the Company, they will be eligible for a combined total of twelve (12) weeks of leave for Parental Leave.

When medically necessary, Serious Family Illness Leave or Serious Personal Illness Leave may be taken intermittently in separate blocks of time (no less than one hour), or on the basis of a "reduced leave schedule" under which an employee's usual working hours each day or each week are reduced. Requests to take Parental Leave on an intermittent reduced leave schedule will be granted at the discretion of the Company.

Employees must provide the Company with at least thirty (30) days' notice of the need for General Medical Leave whenever the need for the leave is foreseeable, such as when the leave is for an expected birth or placement for adoption or for planned medical treatment. When planning medical treatment, employees should consult with Human Resources and attempt to schedule the treatment so as to minimize the impact of the employee's absence on the Company's operations. In cases where the need for leave cannot be anticipated thirty (30) days in advance, the employee must give verbal notice of the need for leave as soon as practicable, which in most cases, should be within one (1) or two (2) working days of learning of the need for leave of absence, except in extraordinary circumstances when such notice is not feasible. Failure to give proper notice of the need for General Medical Leave when the need for such leave is foreseeable may result in denial of the leave until thirty (30) days after such notice is provided.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00013

# GH America Investments Group, Inc.
Supplement to the Questco Employee Handbook

Leave requests should be submitted in writing to the Human Resources Department.  HR will provide a response to the employee within five (5) business days or as soon as practicable.  For employees on intermittent or recurring leave for the same incident, this notice will be provided every six (6) months.

The employee must complete and return a Medical Certification form, available from the HR Department, before the leave begins whenever the need is foreseeable and at least thirty (30) days' notice has been provided.   In cases where the need is not foreseeable, a Medical Certification form must be provided within fifteen (15) calendar days of the request or as soon as reasonably possible under the circumstances.  Failure to provide proper medical certification may result in denial of leave, or denial of continuation of leave, until the certification is provided.

If the Company has reason to question the validity of a Medical Certification provided by the employee's health care provider, the Company may require the employee to obtain a second opinion, at the Company's expense, from a health care provider designated by the Company.  In the event the second opinion differs from the first, the Company may require the employee to obtain a third and final opinion, again at the Company's expense from a health care provider jointly approved by the Company and the employee.

**Benefits Participation While on Leave:**

An employee on approved General Medical Leave may continue group health insurance coverage during the leave by paying the employee's normal share of the cost of such coverage during the General Medical Leave on or before the date when payroll deductions for such costs would normally be made.  Failure to pay the employee's share of the premium, when due, may result in loss of coverage.

An employee who fails to return from General Medical Leave may be required to reimburse the Company's cost of maintaining group health insurance coverage for the employee and/or the employee's dependent while on General Medical Leave unless the employee's failure to return to work is due to the continuation, recurrence, or onset of a serious health condition of the employee or the employee's spouse, parent, or son or daughter.

**Use of Paid Time Off (PTO):**

An employee is required to take all accrued Paid Time Off (PTO) at the onset of General Medical Leave.  At the point that all accrued PTO is exhausted, the employee may be eligible for short-term disability, if available and applicable, or if not, unpaid leave will begin.  PTO will not accrue during a General Medical Leave of absence.   Holidays, Bereavement Leave, or employer's jury duty pay will not be granted during General Medical Leave.

**Request for Reinstatement:**

An employee returning from General Medical Leave should notify the HR Department of

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                              GHA00014

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

availability to return to work immediately upon being released to return to work by their health care provider. The employee should also provide GH America with a certification from the health care provider confirming the employee's fitness to return to their normal duties if the duration of the leave exceeded five (5) working days. Failure to provide a requested fitness-for-duty certification may result in denial of reinstatement until this certification is provided.

**Reinstatement:**

GH America cannot hold a position open for an employee who is on General Medical Leave. An employee seeking reinstatement from such leave may be offered their former position if it is available. If the employee's prior position is unavailable, the employee may be offered any available position for which GH America concludes they may be qualified, at the rate of pay for the new position. If there is no such position available, the employee will be terminated, but may be placed on a priority hiring status for ninety (90) days, during which time the employee will be considered for the first vacancy for which GH America deems the employee to be qualified.

In the event an employee declines an offer of reinstatement to any full-time or part-time position, whether to his or her prior position or another position, the employee will be terminated.

**Benefits at Reinstatement:**

An employee returning from General Medical Leave will have their benefits reinstated to the same levels as they enjoyed at the time the leave commenced (except for any paid leave benefits used during the leave), so long as the reinstatement is consistent with the employment status to which the employee returns. If an employee's pay rate upon return from leave is different from their pay rate prior to the leave, any PTO will be paid at the pay rate in effect at the time the benefits are used.

**Bereavement Leave**

In order to allow an employee time off for an adjustment period after the death of a loved one, all regular full-time and part-time employees may request Company paid bereavement leave for up to three (3) days upon the death of any member of their immediate family. Upon approval from the supervisor, the employee may also take additional accrued, but unused paid time off for which they may be eligible or request unpaid time, if needed.

For purposes of this policy, immediate family is defined as the employee's spouse, domestic partner, child, brother, sister, parent (or legal guardian), grandparent, grandchild, and like members of the spouse's family. The Company does not differentiate between biological, step, foster or adopted relations under this policy.

All requests for bereavement leave must be directed to the immediate supervisor. The supervisor will be responsible for informing all others in need to know of the leave. The Company may require proof of death of the family member such as a copy of the newspaper obituary or printed memorial tribute.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00015

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

**Jury/Witness Duty**

The Company encourages employees to fulfill their civic responsibilities by serving jury duty when required. Employees who are summoned to report for jury duty may do so in accordance with this policy. Employees must notify their direct supervisor by showing the official notification as soon as possible from the time it is received.

Employees may request Company paid jury duty leave for up to five (5) days per calendar year provided official proof of service is received. If desired, employees may use any accrued paid time off for which they may be eligible for required jury duty service beyond the five (5) days. Employees are permitted to retain the allowance received from the court for such service. Upon approval from the supervisor, the employee may also take additional unpaid time, if needed.

All employees are allowed paid time off if summoned to appear in court as a witness. To qualify for approved jury or witness duty leave, an employee must submit to his or her supervisor a copy of the summons as soon as it is received. Employees may use any accrued paid time off for which they may be eligible. Additionally, employees must submit to their direct supervisor a related proof of service when the period of jury or witness duty is completed.

**Employees are expected to report for work whenever the court schedule permits. No adverse employment action will be taken against employees due to their service either as a juror or witness in a court of law. Employees who fail to follow the procedures above, attempt to abuse this policy, or falsify information will be subject to disciplinary action up to and including termination of employment.**

**Dress Code/Personal Appearance**

GH America Investments is a "business casual" dress environment. Employees are expected to wear clothing appropriate to their position and the nature of the work performed.

The image we project to our customers is reflected in the appearance of our employees. Simply stated, employees should look neat, clean and well-groomed and should be dressed appropriate for the business environment. The Company has adopted a business casual dress code but emphasizes some positions may call for dressier attire. A Business Casual Dress Code Policy is a privilege and must be adhered to in order to be retained. While the Company observes a casual dress environment, there may be situations requiring more formal attire. If you are conducting or attending meetings, seminars, visiting client's sites, etc. where you come in contact with other business professionals, you are expected to represent the Company in a professional manner and dress appropriately for conducting such business. Know your audience, remember what you represent, and dress accordingly.

The Company wishes to provide a work environment that is free of safety hazards, offensive

EXHIBIT 1                                    GHA00016

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

behavior and harassment of any kind. Therefore, the following clothing is NOT ACCEPTABLE: spandex; bare feet; pants, shorts or skirts with hems more than 10 inches above the knee, sexually provocative clothing; political statements; clothing of any kind promoting competitor products; hats in the office environment; clothing with profanity, nude or semi- nude pictures; sexually suggestive slogans, cartoons, or drawings; the observable lack of undergarments and exposed undergarments. Personal appearance should also include good personal hygiene, clean- shaven or trimmed and well-groomed facial hair and well-groomed hair. All employees are expected to demonstrate a high standard of professionalism at all times in the workplace. Positions with a high degree of visibility and/or contact with customers may require a more formal business attire.

Management may from time to time, make changes to this policy according to business circumstances, temporary situations, and other reasons, as they deem necessary and appropriate. Such changes will be communicated in writing and to all staff.

Any time management determines an employee's appearance, hygiene or dress does not meet acceptable standards, the employee will be instructed to go home to change. Repeated violations of the dress code will result in disciplinary action, up to and including termination of employment.

**Business Travel**

To the extent practicable, employees shall coordinate all travel with the Company Administrator. Except in cases of emergency, all travel, including the means and duration of each trip, shall be approved in advance by the employee's supervisor.

*Class of Travel -*  Employees shall make every reasonable effort to make travel plans in accordance with the following guidelines:

|  | Hotels | Airfare |
|---|---|---|
| Non-management employees: | 3 Star | Economy |
| Management employees: | 3 Star + | Economy |
| Executives: | 4 Star | Business |

The Company recognizes that events and travel conditions may result in exceptions to these guidelines. In such circumstances, the employee working with the Company Administrator shall endeavor to make travel arrangements and accommodations as close as possible to the Company's travel guidelines.

*Hotels –*  The Company has negotiated corporate rates with several major hotel brands. Unless there are compelling reasons not to do so or unless another hotel offers a more competitive rate, Employees shall utilize the accommodations of hotel brands with which the Company has a corporate rate.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00017

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

**Rental cars –** Employees shall ordinarily rent standard-size rental vehicles, except when the conditions of the roads or site visit require a 4-wheel drive vehicle or when the business guests of the employee require either a larger or higher class of vehicle. When engaging a rental car, the employee should accept all insurance coverage offered by the rental car Company.

**Per Diem** -  All employees shall be entitled to a per diem of $50.00 during out-of-town business travel. Employees shall submit to the Company such information as required by the Company in support of per diem payments.

**Entertainment –** All entertainment expenditures in excess of $50.00 shall be approved in advance by the employee's supervisor.

**Use of personal vehicles –** Employees using a personal vehicle for business travel (not including commuting) shall be entitled to reimbursement at the rate of $0.54 per mile, plus any tolls.

**Parking –** Employees shall be reimbursed for any parking fees while traveling on Company business. Employees will not be reimbursed for the expense of any parking tickets.

**Additional polices** - From time-to-time the Company may revise its policies regarding business travel and may announce additional policies.

## Telecommunications & Electronic Devices

The Company provides and maintains many forms of electronic communication.  The following guidelines and policies have been established to ensure that all employees are responsible, productive, and are protecting the Company's confidential information and property.

**Company Issued Computers /Cell Phones –** Any employee issued a Company computer, cell phone or other electronic device shall sign a receipt acknowledging that such device remains the property of the Company and that such equipment is intended only for use on, or related to, Company business. Employees shall utilize due care in the protection of all equipment issued for their use and shall immediately report to their supervisor any loss of, or damage to, any Company-issued equipment

**Use of Company Telephones/Cell Phones** - The Company expects employees to keep personal calls to a minimum while in the office. Personal calls shall not interfere with employees' duties and responsibilities during working hours. Employees may be required to reimburse the Company for any charges resulting from their personal use of the telephone.

**Computer & Internet Usage** - Internet access is provided by the Company to assist employees in obtaining work-related data and technology.  Internet usage should be limited to job-related activities.

All internet data that is composed, transmitted, or received via our computer communications systems is considered to be part of the official records of the Company and, as such, is subject to

EXHIBIT 1                    GHA00018

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

disclosure to law enforcement or other third parties. Consequently, employees should always ensure that the business information contained in internet email messages and other transmissions is accurate, appropriate, ethical, and lawful.

Company email, internet access, or other technology may not be used for accessing, transmitting, retrieving, displaying, or storing any communications of a discriminatory or harassing nature or any messages or materials that are derogatory, obscene, or pornographic. No abusive, profane, or offensive language is to be accessed, transmitted, retrieved, displayed, or stored through the Company's email, internet, or technology systems. Violations of this policy will result in disciplinary action up to and including termination of employment.

**Email Usage** – Mail on the internet is not secure. Never include in an email message any information that is private and confidential outside the Company because email is sent unencrypted and is easily read. Management has the right to access all email files created, received, or stored on Company systems and such files can be accessed without prior notification.

**Computer Security** –   Employees must respect password protected information and choose passwords that are difficult for an intruder to identify.   Passwords are intended to prevent unauthorized access to information. Employees are prohibited from sharing passwords or using others' passwords. Employees must notify management immediately when changing the password of any device shared by two or more Company employees or representatives.

The communication systems used in the Company's business are owned and operated by the Company and are to be used only for the business of the Company. The Company reserves the right to monitor and record at any time all systems, including password protected files, internet use, telephone conversations, and email messages.

Any unauthorized use of Company purchased or created software or other copyrighted materials or removal of such information from Company premises without Company permission is strictly prohibited. Employees may access only files or documents that they have permission to enter. To prevent computer viruses from being transmitted through the system, there will be no unauthorized downloading of any software.  All software downloads require prior management approval.

The following activities are some of the uses deemed inappropriate for the Company's systems and services, and are prohibited:

- Use of e-mail for illegal or unlawful purposes, including copyright infringement, obscenity, libel, slander, fraud, plagiarism, intimidation, forgery, impersonation, soliciting for illegal pyramid schemes, and computer tampering (e.g. spreading of computer viruses).

- Offensive prohibited material includes but is not limited to, sexual comments, jokes or images; racial slurs; gender-specific comments; or any comments, jokes or images that would offend someone on the basis of his or her race, color, sex, age, national origin or ancestry, disability, or any other category protected by federal, state or local law. Likewise, any use of the Internet, e-mail, or any other electronic resource to harass or discriminate.

EXHIBIT 1                                    GHA00019

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

- Use of e-mail in any way that violates the Company's policies, rules, or administrative orders.

- Viewing, copying, altering, or deleting of e-mail accounts or files belonging to the Company or another individual without proper authorization.

- Opening of e-mail attachments from unknown or unsigned sources. Attachments are the primary source of computer viruses and should be treated with utmost caution.

- Sharing of e-mail account passwords with another person, or attempting to obtain another person's e-mail account password. E-mail accounts are only to be used by the registered user.

**Social Media Policy:**

Guidelines for functioning in an electronic world are the same as the values, ethics and confidentiality policies employees are expected to live every day, whether you're Tweeting, talking with customers or chatting over the neighbor's fence. Remember, your responsibility to the Company doesn't end when you are off the clock. For that reason, this policy applies to both Company sponsored social media and personal use as it relates to the Company.

**What You Should Do:**

• **Disclose your Affiliation:** If you talk about work related matters that are within your area of job responsibility you must disclose your affiliation with the Company. If your communication is of a personal nature an employee should refrain from making mention of the name, business or activities of the Company.

• **State That It's YOUR Opinion:** When commenting on the business, unless authorized to speak on behalf of the Company, you must state that the views expressed are your own.

• **Protect Yourself:** Be careful about what personal information you share online.

• **Act responsibly and ethically:** When participating in online communities, do not misrepresent yourself or your position within the Company.

• **Honor Our Differences:** The Company will not tolerate discrimination (including age, sex, race, color, creed, religion, ethnicity, sexual orientation, gender identity, national origin, citizenship, disability, or marital status or any other legally recognized protected basis under federal, state, or local laws, regulations or ordinances).

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00020

## GH America Investments Group, Inc.
### Supplement to the Questco Employee Handbook

**What You Should Never Disclose:**

- **The Numbers:** Non-public financial or operational information. This includes strategies, forecasts and most anything with a dollar-figure attached to it. If it's not already public information, it's not your job to make it so.

- **Personal Information:** Never share personal information about other employees, officers, shareholders or our clients and customers.

- **Legal Information:** Anything to do with a legal issue, legal case, or attorneys without first checking with the COO or the Company's legal counsel.

- **Anything that belongs to someone else:** Let them post their own stuff; you stick to posting your own creations. This includes illegal music sharing, copyrighted publications, and all logos or other images that are trademarked by the Company.

- **Confidential Information:** Do not publish, post, or release information that is considered confidential or secret.

**Basically, if you find yourself wondering if you can talk about something you learned at work -- don't. The risk of inadvertent consequences to you and the Company are just too great.**

**Texas State Laws**

**ANTI-VIOLENCE POLICY**

Although carrying a concealed weapon may be legal in the state of Texas, employees who are licensed (in or out-of-state) to carry concealed weapons are prohibited from possessing, using, displaying, or carrying a weapon of any kind (unless it is a requirement in the performance of their job) while on Company property, while on Company time, performing Company business, or representing the Company.

**CELL PHONE USE WHILE DRIVING**

The Company requires the safe use of its cell phones by employees while conducting business, regardless if they are Company issued or personal property. In the state of Texas, it is unlawful for employees to use hand-held wireless communications devices while driving on public school property that is designated a school crossing zone during the time a reduced speed limit is in effect for that school crossing zone.

***Wireless Communication Device Guidelines*** - The Company values its employees and the safety of others, and expects employees to put safety first while driving. Employees are prohibited from using wireless communication devices while driving unless using a hands-free device.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1          GHA00021

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

Texting (including composing, sending, or reading) while driving is strictly prohibited.

Employees are strongly encouraged to pull off to the side of the road and park the vehicle in a safe location before placing or accepting a call. Employees should take special care in situations where there is heavy traffic, inclement weather or if driving in an unfamiliar area when utilizing the hands-free device. Employees who are charged with any traffic violations are completely responsible for all liabilities that result from such actions.

An employee who uses a Company-supplied device or a Company-supplied vehicle is prohibited from using a cell phone while driving, whether the business conducted is personal or Company-related. The prohibition includes receiving or placing calls, text messaging, surfing the Internet, receiving or responding to email, or any other purpose related to your employment. Any damage to a Company-owned or leased vehicle caused by employee carelessness or neglect is the responsibility of the employee.

In the event of damage, the employee assigned to the vehicle will be responsible for expenses up to the current insurance deductible. Any employee who misuses a Company vehicle or is no longer insurable by the Company's insurance carrier may be subject to dismissal. No driver may pick up or transport unauthorized passengers while in a Company vehicle or on Company business, unless there is a work-related need to do so and has been authorized by the Company

### Facilities

***Employee Parking*** - Employee parking may be provided to employees. The Company is not responsible for loss, damage or theft of your vehicle.

***Smoking/Tobacco Use*** – In keeping with the Company's intent to provide a safe and healthy work environment, all Company offices will be non-smoking areas at all times, including e-cigarettes/hand held vaporizers, etc. Smoking is only allowed in building designated areas during lunch and breaks. Please dispose of all cigarette butts, wrappers, and other trash in the receptacles that the Company has provided.

Smoking is prohibited in Company-owned or leased vehicles. This policy applies equally to all employees, customers, and visitors. Violation of this policy is grounds for disciplinary action including termination of employment.

***Gifts/Solicitations*** – The Company's facilities may not be used as a meeting place that involves solicitation and/or distribution of literature. Solicitation is prohibited on Company premises. Report any unauthorized solicitor to your supervisor or the facility manager. Employees are discouraged from taking gifts (other than small tokens of nominal value that are customary in the industry) from employer vendors or customers. Employees may not accept compensation or money of any amount from entities with whom the Company does or may do business.

***Company Equipment & Personal Property*** - All Company workspace, including desks, file cabinets, lockers, storage areas, computer systems, telephone systems, and vehicles are the

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00022

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

property of the Company and must be available to management at all times.
The use of personal locks on any Company property is strictly prohibited. All tools and equipment that are property of the Company must remain on the premises and are not to be loaned out. Unauthorized possession of any Company property off the premises is grounds for termination. Personal use of Company property must not interfere with the Company's business, violate other Company policies, or cause the Company to incur additional charges.

Please do not house personal files or other personal items in Company provided storage areas. Company equipment, including computers, photocopiers or printers is for business purposes only. The Company does not assume responsibility for any personal property located on its premises. Employees are to use their own discretion when choosing to bring personal property into the office and do so at their own risk.

Additionally, employees may not bring or display in the office any property that may be viewed as inappropriate or offensive to others. If uncertain of the appropriateness of an item, please err on the side of caution and do not bring the item to the workplace. The Company reserves the right to determine what is appropriate for the workplace. If an item is deemed to be inappropriate, the employee will be asked to remove that item from Company premises.

The Company reserves the right to require employees while on Company property to agree to inspections of their personal possessions and property, personal vehicles parked on Company property, work areas, and Company-provided electronic equipment (on or off the property). Items subject to inspection include, but are not limited to, desks, work areas, cell phones, furniture, lockers, files, disks, data files, e-mail, personal mail sent to the Company and any other areas on Company property. Inspections may be conducted at the Company's discretion at any time without advance notice.

***Return of Company Property*** – Any Company property issued to employees, including software, computer equipment, tools, materials, databases, files, cell phones, pagers, wireless devices, keys, parking passes or credit cards must be returned at the time of separation of employment from the Company.

Upon separation of employment from the Company, regardless of the reason for the separation, employees are required to return all Company property that has been entrusted to them for use during their course of employment. Property is to be returned to the employee's direct supervisor within three (3) days prior to final service or a mutually agreed upon time.

**Operation of Vehicles**

Employees driving on Company business, whether in a Company-owned or leased vehicle, a rented vehicle, an employee's own vehicle, or any other vehicle are not permitted to engage in unauthorized activity or travel. The use of Company-owned or leased vehicles and rental of vehicles for Company business are limited to authorized employees. These vehicles must only be used in work-related activities and may not be used for personal business or activities without the express prior approval of management.

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                                                    GHA00023

# GH America Investments Group, Inc.
### Supplement to the Questco Employee Handbook

All employees authorized to drive Company-owned or leased vehicles must possess a current, valid Driver's license, maintain an acceptable driving record, and be insurable by the Company's automobile insurance carrier. Employees driving any vehicle for Company business are required to carry adequate public liability and property damage insurance coverage. Employees must obtain any specific, state-required permits or licenses necessary to operate Company-owned or leased vehicles. Any change in license status or driving record must be reported to management immediately.

Authorized employees driving their personal vehicles for Company purposes must possess a current and valid driver's license and must maintain personal automobile insurance coverage on their vehicle. It is the employee's responsibility to make sure his or her driver's license and insurance coverage are valid at all times.

The Company may pay mileage reimbursement in accordance with applicable reimbursement rates upon management's approval. Employees must receive prior authorization and submit an expense report detailing the number of miles driven on Company business.

Any employee driving a Company or leased vehicle or driving on Company business must obey all traffic, vehicle safety, and parking laws or regulations. Drivers must demonstrate safe driving habits. Seat belts/shoulder harnesses must be worn at all times. Cell phone use of any type is prohibited while driving Company vehicles. Employees must report any accidents immediately, regardless of perceived damage.

**Drug and Alcohol Free Workplace**

The Company is committed to protecting the safety, health, and well-being of every employee in our workplace. We recognize that the use of alcohol or drugs poses a threat to our goals. We are an alcohol and drug free workplace. Employees may not use, possess, sell, trade, and/or offer for sale Prohibited Substances in the workplace or during the course of performing duties for the Company. "Prohibited Substances" include alcohol, illegal drugs, prescription drugs taken without a prescription or not taken in accordance with the prescription or synthetic substitutes for those substances, and include but are not limited to the following: Cocaine, Amphetamines, Methamphetamine, Marijuana, Opiates, Phencyclidine, Methadone, Barbiturates, Benzodiazepines and Tri-Cyclic Antidepressants.

Employees are prohibited from working while impaired by the use of Prohibited Substances. In addition, the Company prohibits:

- Employees from distributing, dispensing, possessing or using any beverage or medicine containing alcohol while at work or on duty and from coming onto Company premises, reporting to work, or working with alcohol in their systems;

- Lawful off-duty alcohol use that interferes with an employee's job performance;

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                                        GHA00024

## GH America Investments Group, Inc.
### Supplement to the Questco Employee Handbook

- The use of Prohibited Substances at any time if it causes the employee's work performance to fall below acceptable standards, jeopardizes the safety of the employee or others or jeopardizes the Company's reputation; and

- The presence of any detectable amount of Prohibited Substances in the employee's system while performing any work assignments or on the Company's premises.

Employees observed to be under the use, possession or impairment of Prohibited Substances in the workplace or during the course of performing duties for the Company may, at the sole discretion of the Company, be subject to drug testing.

We recognize certain states allow the use of marijuana for medicinal purposes and respect the rights of employees to engage in responsible and legal marijuana use. However, all employees are covered by our drug free workplace policy. Any violation of this policy will be grounds for progressive disciplinary action, including termination — except for the use or possession of alcohol at a worksite employer-sponsored and approved event.

***Drug and Alcohol Testing*** – The Company does not presently have a random drug testing program. The Company may implement such a program in the future in the event (i) applicable laws require such a program for any group or class of employees; (ii) the Company's insurance policies require random drug testing; or, (iii) circumstance or events occur within the Company that lead management to conclude that the health and safety of the Company, its employees and/or clients or customers require such a program.

In the event the Company implements a random drug testing program; employees may be asked to submit to drug or alcohol testing as an integral part of the drug and alcohol-free workplace policy. Employees  may be selected at random  for drug or alcohol testing at any interval determined by the Company in its sole discretion. We will strive to keep test results confidential to only those employees who have a business purpose for knowing.  Please remember that the Company takes our drug and alcohol-free workplace policy seriously and considers the failure to submit to a drug or alcohol test to be a disciplinary infraction.

Employees may also be asked to submit to a drug or alcohol test at any time it appears that an employee may be or may have been under the influence of drugs or alcohol.  For example, employees may be asked for drug or alcohol testing when the worksite employer finds that:

- There is evidence of drugs or alcohol on or about your person or in your vicinity;

- Unusual conduct on your part suggests impairment or influence of drugs or alcohol;

- Negative performance patterns or excessive and unexplained absenteeism or tardiness suggest impairment or influence of drugs or alcohol.

If an employee is involved in an on-the-job accident or injury (including any employee who was injured in the accident) under circumstances that suggest the possible use of drugs or alcohol, the employee may be asked to submit to a drug or alcohol test.  The Company is free to choose

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                                    GHA00025

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

the method for a drug test. This means, urine, saliva, hair follicle, alcohol breathalyzer, alcohol strip and/or any other method to collect a donor's sample for the purposes of drug testing.

A drug test which confirms the presence of illegal substances or alcohol is grounds for discipline up to and including termination of employment.

### Testing Procedures

### A. Consent

No test will be administered, sample collected, or drug test conducted on any sample without the written consent of the person being tested. However, a person's refusal to submit to a proper test will be viewed as insubordination and will subject the person to disciplinary action, up to and including termination. A refusal to test includes any behavior designed to obstruct the testing process, including efforts to substitute, adulterate, or dilute specimens, as well as any failure to appear for testing within a reasonable time and failure to cooperate with collection staff.

### B. Collection, Chain-of-Custody, Testing Methods

All drug tests will be performed by a laboratory certified by the U.S. Department of Health and Human Services to perform federal workplace testing. Breath and/or saliva tests may be used to detect the presence of alcohol. An alcohol test will be considered positive if it shows the presence of .02 percent or more alcohol in an individual's system. Tests will seek only information about the presence of drugs and alcohol in an individual's specimen, and will not test for any medical condition.

### C. Notification

Any individual who tests positive for drugs will be contacted by a HR representative before the result is reported, and given an opportunity to provide any legitimate reasons he or she may have that would explain the positive drug test. If the individual provides an explanation acceptable to HR that the positive drug-test result is due to factors other than the consumption of illegal drugs, management has the discretion to decide appropriate next steps. An individual who tests positive for drugs may request, within three (3) days of being notified of the positive results, that his or her sample be sent to an independent certified laboratory for a second confirmation test, at his or her own expense, although the Company may suspend, transfer, or take other appropriate action pending the results of any such re-test.

### D. Confidentiality

All records relating to positive test results, drug and alcohol treatment, and employee medical information shall be kept confidential, and disseminated to and within the Company

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1

GHA00026

# GH America Investments Group, Inc.
## Supplement to the Questco Employee Handbook

only on a need-to-know basis. Such records will be kept in secure files separate from personnel files. Test results will not be released outside the Company without the written consent of the tested individual, or as otherwise may be required by law or legal process.

**Notice to the Manager**

An employee must notify the HR department whenever they are using either a prescription drug including, but not limited to physician approved medical marijuana, or an over-the-counter drug if use of the drug may potentially affect the employee's ability to safely perform their assigned job duties or may otherwise affect the safety of the workplace. Upon such notification, the Company reserves the right to take appropriate steps to preserve the safety of its employees and the workplace, including, but not limited to, the right to relieve the employee of their assigned job duties during the period of usage.   Failure to provide the required notification will result in disciplinary action, up to and including termination of employment.

**Impairment During Work Time**

An employee who appears to be impaired during work hours due to the effects of (1) the use of alcohol, (2) the abuse of a legal drug, (3) the use of a controlled substance, or (4) a prescription drug, including, but not limited to physician approved medical marijuana, or over-the-counter drug, will not be allowed to work or to continue to work, and the employee will be subject to discipline, including termination, without warning and without conducting a drug and/or alcohol test.

**Impairment Outside of Work Time**

If the Company learns that an employee has operated a Company vehicle while impaired due to drugs and/or alcohol outside of work time, the employee will be subject to disciplinary action up to and including termination of employment, without warning and without conducting a drug and/or alcohol test.

---

**QUESTIONS**
Any questions regarding policies of Questco or GH America Investments should be directed to the employee's immediate supervisor.  Unresolved conflicts or complaints should be directed to the Questco Human Resources Department by calling 800-256-7823.  Policies currently in effect, except for the Employment at Will Policy, may be revised, suspended, or eliminated in response to business needs or changes in legal

GHAmerica Investments Group, Inc
Client #7287
Final Draft: 12/27/2016

EXHIBIT 1                    GHA00027



EMPLOYEE HANDBOOK

EMPLOYEE HANDBOOK

100 Commercial Circle Conroe, Texas 77304

questco.net

EXHIBIT 1

GHA00028

## Work-Related Injuries

Being injured on the job is an unfortunate event and a challenge for everyone involved. Returning to work healthy and productive is your goal and ours. The Claims Team at Questco is here to help. We are experienced adjusters who act as your advocate. We can help you with reporting requirements, medical appointments, referrals, and getting through any number of hurdles you face when an injury occurs. We are available 24/7 to assist you. You are never alone.

## Benefits Administration

The Benefits Department is here to assist you with questions or issues regarding your benefits, including 401(k), health insurance, dental, vision, life and other ancillary benefits. We can answer questions regarding available benefit plans and when you are eligible to enroll.
Human Resources
The Human Resources Department is here to assist you with questions or concerns you may have about your employment that your immediate supervisor may not be able to answer. Feel free to check with us if there is anything in your handbook you want clarification on or if you have any suggestions.

## The Payroll Department

The Payroll Department can assist you with any questions you may have from rates of pay to deductions that come out of your pay. The payroll department is made up of experienced payroll representatives who can answer your concerns or point you in the right direction to get you the help you need. We understand that your income is very important to you and it is to us as well. We are committed to handling your compensation accurately and efficiently.

EXHIBIT 1                    GHA00029

 **Client Employee Handbook**

**Section 1 | Introduction**                                              **2**
    Questco's Limited Role as a Professional Employer Organization    2
    First Things First                                              2

**Section 2 | Terms of Employment**                                       **3**
    At-Will Employment Classifications of Employment                 3

**Section 3 | Equal Employment Opportunity**                              **4**
    Employment Without Discrimination                               4
    Reasonable Accommodations for Disability                        4
    Reasonable Accommodations for Religion Harassment               4
    Reporting Procedure                                             5
    Retaliation                                                     5
    False Reporting and Noncooperation                              5
    Commitment to Diversity                                         5

**Section 4 | Workplace Conduct and Discipline**                          **5**
    Appropriate Conduct                                             6
    Drug and Alcohol-Free Workplace                                 6
    Workplace Violence and Weapons                                  7
    Company Property                                                7
    Disciplinary Guidelines                                         7

**Section 5 | Attendance and Leave**                                      **8**
    Attendance                                                      8
    Family and Medical Leave                                        8
    Military Leave                                                  9
    Nursing Mothers                                                 10

**Section 6 | Safety**                                                    **10**
    Accident Reporting                                              10
    Return to Work Retaliation                                      10

**Section 7 | Proprietary Information**                                    **11**

**Section 8 | Pay Administration**                                        **11**
    Recording Hours Worked                                          11
    Pay Procedures                                                  11
    Pay Concerns                                                    12

**Section 9 | Employee Benefits**                                         **12**

**Section 10 | Personnel Records**                                        **13**

**Section 11 | Separation of Employment**                                 **13**
    Ending Employment                                               13
    Final Paycheck                                                  13

**Section 12 | Arbitration**                                              **13**

**Employee Handbook Acknowledgment and Receipt**                          **15**

EXHIBIT 1                                                                  GHA00030

# Section 1: Introduction

**Questco's Limited Role as a Professional Employer Organization:** Your worksite employer has hired one of the Questco Companies (for ease, "Questco") as its professional employer organization, giving you access to benefits and resources beyond those available to your worksite employer on its own. Questco, USA Staffing, Emergent and Alt-Source are, for example, all specific members of Questco.

Your worksite employer and Questco are your co- employers. Depending upon business needs, your worksite employer may move to another of the Questco Companies; everything in this handbook applies to co- employees of all Questco Companies.

**Questco** administers your payroll, any applicable insurance and workers' compensation benefits, unemployment benefits and taxes. Questco assumes responsibility for paying your wages, and paying and collecting payroll taxes, and provides consulting services in matters of safety.

**Your worksite employer** alone is responsible to direct your work as needed to run its business, produce goods or services, discharge fiduciary duties and comply with licensure, regulatory or statutory requirements, as well as paying commissions, bonuses and fringe benefits such as paid time off. Questco has no control over those matters.

Questco is a professional employer organization (PEO) licensed by the State of Texas. Any infractions of rules may be reported to the Texas Department of Licensing and Regulation at:

P.O. Box 12157 · Austin, TX 78711 · (800) 803-9202

*Upon separation, every employee must – within 24 hours – contact Questco at (800-256-7823) to discuss reassignment eligibility. If you must leave a voicemail, please leave your name, telephone number, and the name of the worksite employer from whom you have separated. A representative from Questco's department will return your call. Once you have spoken to a representative, you will be issued a code as proof that you reported for potential reassignment. Failure to report upon separation may result in denial of unemployment benefits to which you may otherwise be entitled, per Texas Labor Code Section 207.045.*

**First Things First:** You should know what your worksite employer and Questco offer their co-employees and expect of them. Although you will find general information about your worksite employer's personnel policies in this employee handbook, it may not answer all of your questions. When the handbook does not fully answer your question, please ask your supervisor or Questco's HR department. They can be contacted at: (800) 256-7823.

The policies in this employee handbook are not a binding employment contract. Instead, the handbook gives only general guidelines. This current version of the employee handbook supersedes all earlier versions. The policies in this handbook may change occasionally and without advance notice – except for the arbitration policy which can revised or eliminated only on ten days' advance notice, and any such changes will apply only to disputes that arise after the effective date of any announced changes. Your worksite employer has the sole discretion to decide on the final interpretation and specific application of the employee handbook's policies.

Your worksite employer may employ people in different states, so the laws of the state where an employee is based will typically govern terms of employment, unless a more favorable provision is agreed to by your worksite employer in writing. Any statements in this employee handbook conflicting with the applicable state law that governs a particular employee will not apply to that employee. Finally, nothing in this employee handbook should be understood to mean that any employee has rights under federal, state or local laws that do not apply to your worksite employer or the particular employee.

*Your worksite employer may provide you with an employee handbook that will cover policies specific to its worksite. That handbook should be used along with – not instead of – this employee handbook.*

Rev March 2017

EXHIBIT 1

GHA00031

# Section 2: Terms of Employment

*The Company is committed to workplace policies and practices that comply with all applicable federal, state and local laws. This main Employee Handbook sets forth some of those policies and practices, but cannot contemplate every possibly situation. Any time that the law in the jurisdiction where you work is more favorable than the federal law, or the policies or practices set forth in this Handbook, those local laws will apply to you. If you have any questions about those differences, please contact Questco Human Resource at hr@questco.net.*

**At-Will Employment (if applicable in your state):**   All employment with your worksite employer or Questco is "at-will." Either you or your worksite employer may end your employment at any time, with or without advance notice and for any reason or no reason at all.  This employee handbook does not guarantee employment for any certain period of time.  Your worksite employer also has the sole discretion to discipline, demote and change the terms of any employee's employment at any time, with or without advance notice and for any reason or no reason at all.

No manager, supervisor or representative other than your worksite employer's highest ranking executive has the authority to guarantee employment for any certain period of time or to make any promises or agreements contrary to this at-will employment policy. Further, that executive can alter the at-will status of your employment only in a written agreement signed by both you and the executive.

**Classifications of Employment:**   Questco and your worksite employer break their co-employees into several different classifications to administer compensation and benefits.

**"Full-time employees"** are hired to regularly work at least 30 hours per workweek.  These employees may be further categorized as "exempt" or "nonexempt" applicable minimum wage and from overtime pay requirements.

**"Part-time employees"** are hired to regularly work fewer than 30 hours per workweek. These employees may be further categorized as "exempt" or "nonexempt" from applicable minimum wage and overtime pay requirements.

**"Non-exempt employees"** are employees who work in positions that your worksite employer has determined are not exempt from applicable minimum wage and overtime pay requirements under state and federal law.

**"Exempt employees"** are employees who work in positions that your worksite employer has determined are exempt from applicable minimum wage and overtime pay requirements under state and federal law.  An exempt employee's fixed salary represents payment for all hours he or she may be required to work in any given workweek, regardless of the actual number of hours worked. Exempt employees may work different hours in any given workweek.  No additional payments will be generated simply for working more hours.  Any deductions from an exempt employee's salary will be made in accordance with state and federal law.

If you have any questions about your employment classification or believe you are incorrectly classified, please contact your supervisor with your worksite employer or Questco's  Payroll or HR department.

Rev March 2017

EXHIBIT 1

GHA00032

# **Section 3: Equal Employment Opportunity**

**Employment Without Discrimination:** Your worksite employer and Questco provide equal employment opportunity without regard to race, color, sex (including pregnancy, childbirth and related medical conditions), sexual orientation, religion, national origin, age 40 and above, physical or mental disability, genetic information or any other characteristic protected by applicable federal, state or local laws. This policy applies to all areas of employment— including recruitment, hiring, training, job assignment, compensation, benefits, promotion and termination.   All employees are responsible for implementing this policy into the worksite's culture.

**Reasonable Accommodations for Disability:** Your worksite employer and Questco will make reasonable accommodations for a known physical or mental limitation of an otherwise qualified individual with a disability, unless it imposes an undue hardship on the business and / or would pose a direct threat to the health and / or safety of the individual or others. If you need an accommodation because of a physical or mental limitation, you must notify Questco's HR department and your immediate supervisor with your worksite employer.

**Reasonable Accommodations for Religion:** Your worksite employer and Questco will make reasonable accommodations for an employee's known, sincerely held religious belief, unless it imposes an undue hardship on the business. If you need an accommodation because of your religion, you must notify Questco's HR department and your immediate supervisor with your worksite employer.

**Harassment:** Your worksite employer and Questco strive to provide a workplace free of illegal harassment. This includes harassment based on race, color, national origin, religion, sex (including pregnancy, childbirth and related medical conditions), sexual orientation, age 40 and above, mental or physical disability, genetic information or any other basis prohibited by applicable federal, state or local laws. All employees, clients, vendors or anyone else doing business with your worksite employer must comply with this policy.

For example, prohibited harassment includes, but may not be limited to:

- Verbal or written conduct such as epithets, derogatory comments, abusive language, slurs or unwanted comments and jokes;
- Visual conduct such as making derogatory gestures or displaying derogatory objects, pictures, posters, or cartoons;
- Physical conduct such as assault, impeding or blocking movement, restraint, touching or any physical interference with normal work or movement;
- Threats or demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors.

Sexual harassment includes any unwelcome advances, requests for sexual favors and any other verbal, visual, or physical conduct of a sexual nature, where:

- Submission to such conduct is made either explicitly or implicitly a term or condition of the individual's employment; or
- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or of creating an intimidating, hostile or offensive work environment.

Words and gestures may sometimes be interpreted differently by different individuals. Each employee should understand that his or her behavior will be judged, in large part, by its effect upon others and not by his or her original intentions. Even a compliment about personal appearance, for example, may not be appropriate in the workplace if the compliment could be misinterpreted as sexual or discriminatory commentary or as an invitation to a more intimate relationship. Jokes with sexual or discriminatory content or overtones may be found offensive. Posting sexually explicit or discriminatory photographs, cartoons, pictures or posters may offend others who are exposed to them. In each case, the employee could offend another person without any intention of doing so. In some cases, a third person may overhear parts of a conversation and may be offended. Employees must carefully consider the impact their words and actions will have on others. Your worksite employer and Questco

- 4 -

Rev March 2017

EXHIBIT 1

GHA00033

reserve the right to take appropriate employment action, up to and including termination of employment, in response to inappropriate conduct in the workplace, whether or not such conduct is extreme enough to constitute a violation of the law.

**Reporting Procedure:**  You must promptly report any incident of harassment or discrimination – whether or not you are the victim of it – to both your worksite employer's management team and Questco's HR department.     Every employee of the Company is responsible to report discrimination and harassment.    If the complaint involves a member of your worksite employer's management team, you must inform the highest ranking executive and / or report it to Questco's HR department.

Discrimination and harassment complaints do not have to be written and will be kept confidential to the fullest extent possible consistent with a thorough investigation.    Your worksite employer, possibly working together with Questco, will investigate complaints reasonably promptly, then take appropriate action. If the harassment continues, you must promptly notify both your worksite employer's management team and Questco's HR department. If your worksite employer determines that an employee has engaged in harassment or discrimination, that employee will be subject to disciplinary action up to and including immediate termination. Harassment or discrimination by clients, vendors or other persons not employed by your worksite employer will be dealt with to the fullest extent practicable.  If you are dissatisfied with the response to a complaint, you must promptly bring the complaint to the attention of your worksite employer's highest ranking executive.  Any questions you may have about this policy should be directed to Questco's HR department.

**Retaliation:**  Any person who believes he or she has been or is being subjected to harassment or discrimination, or who believes he or she has observed it, and who reports the matter in good faith under this policy will not be retaliated against or adversely treated. If you believe that you are being retaliated against, you must follow the reporting procedures for discrimination and harassment complaints set forth above.

**False Reporting and Noncooperation:**    Making a report knowing it is false, or willfully disregarding its truth or accuracy, or engaging in any other bad faith use of the policy violates the policy.    Refusal to cooperate in the investigation of a complaint is grounds for disciplinary action which could include termination of employment.

**Commitment to Diversity:** Questco is committed to creating and maintaining a workplace in which all employees have an opportunity to participate and contribute to the success of the business and are valued for their skills, experience, and unique perspectives. This commitment is embodied in company policy and the way we do business at Questco and is an important principle of sound business of the worksite employer.

## Section 4: Workplace Conduct and Discipline

**Appropriate Conduct:**  We must all work together to reach our objectives.   Realizing that, your worksite employer has established guidelines for its employees' conduct in the workplace.  You must avoid inappropriate workplace conduct, including:

1.  Reporting for work under the influence of alcohol, or the use of alcohol during regular working hours.
2.  The use, sale or possession of a controlled substance on the job (other than personal use of a drug prescribed for you by a physician).
3.  Refusing to take a drug test; testing positive for illegal drugs or alcohol.
4.  The use of profanity or abusive or threatening language.
5.  Assault or abuse of a physical, verbal, or otherwise nature toward clients, co-workers or any individuals at worksite; any act which might endanger or be reasonably perceived to endanger the safety, health, or well-being of others.
6.  The illegal possession of firearms or other weapons on company premises.
7.  Insubordination – refusal to follow a supervisor's directive or instruction concerning a job-related matter. Failing to sign a disciplinary warning is also considered insubordination.
8.  Failure to observe working hours (includes lunch periods, break periods).
9.  Excessive absence or tardiness.
10. Failure to properly notify supervisor of intended tardiness or absence.
11. Leaving company premises or job site during work hours for personal reasons without permission of supervisors / manager.
12. Theft or misuse of property of another employee, the company, clients, or visitors.
13. Performing unauthorized personal work on company time.

- 5 -

Rev March 2017

EXHIBIT 1

GHA00034

14. Misuse of overtime by working unscheduled time without authorization.
15. Unauthorized use or abuse of company telephone, internet, or other equipment for personal reasons.
16. Falsification of time records or any company records.
17. Illegal gambling on company premises.
18. Unsatisfactory job performance.
19. Failure to maintain acceptable motor vehicle record, for insurance requirements, if employed in a job requiring use of a motor vehicle.
20. Negligent or careless use of company property.
21. Sleeping on the job.
22. Smoking or Vaping in unauthorized areas or company vehicles.
23. Inability or failure to maintain satisfactory working relationships with co-workers or company representatives.
24. Disorderly conduct on company premises or job sites (running, horseplay, throwing articles, etc.)
25. Failure to report occupational injury promptly to supervisor.
26. Unauthorized soliciting in work areas during working times.
27. Failure to attend mandatory training programs and/or maintain certification where/when required.
28. Discussion of, or inappropriate release of information which breaches client, co-workers or company confidentiality.
29. Abuse of or failure to follow dress code policy.
30. The use of company or client information for personal gain, financially or otherwise
31. Failure to wear personal protective equipment.
32. Failure to observe safety rules or common safety practices.
33. Failure to comply with published rules.

**Drug and Alcohol-Free Workplace:**   Your worksite employer and Questco want a work environment free from misuse of drugs and alcohol, so we prohibit the use of certain substances.

**"Prohibited substances"** include alcohol, illegal drugs, prescription drugs taken without a prescription or not taken in accordance with the prescription, or synthetic substitutes for those substances.  We strictly prohibit:

- The use, possession, solicitation or sale of prohibited substances while on your worksite employer's premises or performing any work assignments—except for the use or possession of alcohol at a worksite employer-sponsored and approved event;
- The use of prohibited substances at any time if it causes the employee's work performance to fall below acceptable standards, jeopardizes the safety of the employee or others or jeopardizes your worksite employer's reputation; and
- The presence of any detectable amount of prohibited substances in the employee's system while performing any work assignments or on your worksite employer's premises.

**Drug and Alcohol Testing -** You may be asked to submit to drug or alcohol testing as an integral part of the drug and alcohol-free workplace policy.   We will strive to keep test results confidential to only those employees who have a business purpose for knowing. Please remember that we take our drug and alcohol- free workplace policy seriously and consider the failure or refusal to submit to a drug or alcohol test to be a disciplinary infraction which could result in termination of employment.

Consistent with applicable law and the worksite employer's operations, employees may be selected at random for drug or alcohol testing at any interval determined by your worksite employer in its sole discretion.

You may also be asked to submit to a drug or alcohol test at any time it appears that you may be or may have been under the influence of drugs or alcohol.   For example, you may be asked for drug or alcohol testing when your worksite employer finds that:

- There is evidence of drugs or alcohol on or about your person or in your vicinity;
- Unusual conduct or appearance on your part suggests impairment or influence of drugs or alcohol;
- Negative performance patterns or excessive and unexplained absenteeism or tardiness suggest impairment or influence of drugs or alcohol.

Rev March 2017

EXHIBIT 1                                    GHA00035

If you are involved in an on-the-job accident or injury (including any employee who was injured in the accident) you will be required to submit to a drug or alcohol test. Your employers are free to choose the method for a drug test, consistent with applicable law.  This may include urine, saliva, hair follicle, alcohol breathalyzer, alcohol strip and/or any other method may be used to collect a donor's sample for the purposes of drug testing.  A drug test which confirms the presence of illegal substances or alcohol is grounds for discipline up to and including termination of employment, as is the refusal to take a drug test, and the use of any device or substance intended to influence the outcome of a drug screen.

Note:  You must notify your supervisor if you are taking prescription or over-the-counter medications which impair your ability to perform your job safely.

**Workplace Violence and Weapons:** Your worksite employer and Questco do not tolerate violence in the workplace.  Workplace violence includes:

- Physically aggressive, violent or threatening behavior;
- Verbal or physical threats of any sort;
- Damaging or defacing facilities or property; or
- Unlawfully carrying weapons while on your worksite employer's premises (except as otherwise permitted by applicable law), in your worksite employer's vehicles, or conducting company business.

Employees who hold a concealed handgun license will be required to abide by any established policy of the worksite employer, so long as it is not in conflict with applicable city or state laws.

If you observe or learn about any violent behavior by an employee or any other business associate, you must notify your immediate supervisor or any other member of management immediately.  All reports of violence in the workplace will be taken seriously and will be investigated.  To the extent possible, the reporting employee's identity will be kept confidential.

**Company Property:**  Your worksite employer may provide you with computers, cell phones, smart phones, lockers, desks, information and other company property to be used for business purposes.  Your worksite employer will tell you to what extent this property may be used for personal reasons.  In all cases, your personal use must be minimal, and not unreasonably interfere with the company's business, violate other company policies or cause the company to incur additional charges. Your worksite employer has the right to search or monitor the use of its property at any time and with or without notice, consistent with all applicable law.  This includes the use of any company property—even use for purely personal reasons.  For example, you should have no expectation of privacy in anything you create, store, send, receive or access on the company's computers or network.

**Disciplinary Guidelines:** Your worksite employer has the sole discretion to decide what discipline is appropriate for violations of its policies.  In general, managers are encouraged to begin discipline with the least severe means to bring an employee's conduct or job performance to company standards.    But management does reserve the right to take progressive steps toward discipline, when appropriate, or terminate employees immediately for any lawful reason, just like the company's at-will employees can leave their employment at any time.

Examples of escalating disciplinary action include:

- Verbal warning;
- Written warning;
- Performance improvement plan;
- Suspension with or without pay;
- Transfer;
- Demotion; and
- Termination.

- 7 -

Rev March 2017

EXHIBIT 1

GHA00036

## Section 5: Attendance and Leave

**Attendance:**   You are expected to conduct yourself professionally.    Coming to work on time, working scheduled business hours and leaving at the scheduled time are important for every employee's job.  You must:

- Appear for work no earlier than 5 minutes before the start of your business hours and no later than the start of your business hours;
- Be at your assigned work station or job site ready for work at the start of your business hours;
- Remain at your assigned work station or job site except during authorized breaks or as the needs of the job require being elsewhere;
- Take only the time normally allowed for breaks; and
- Not leave work until the scheduled end of your business hours unless excused by a supervisor.

You must give reasonable notice of your absence or tardiness for your worksite employer to manage its business obligations.   If you could not reasonably foresee your need for leave, you must call or e-mail your direct supervisor about the anticipated absence or tardiness as soon as possible and at least before the start of your shift. Employees are required to call their supervisor each morning of each absence day, except during employee hospital stay and recuperation time after a hospital stay (you must give an anticipated date of return). Failure to follow these procedures can be considered a voluntary quit. Repeated absenteeism, tardiness or failure to call in each day of absence will be cause for disciplinary action, including termination.  If you are experiencing an issue that is causing you to be late for work and/or you are unable to attend work as regularly scheduled, it is your responsibility to immediately notify your worksite employer supervisor to discuss the situation prior to being tardy or absent.  The Company will evaluate each situation in accordance with all applicable laws and regulations.

Being absent without proper notice for three work days in a row is job abandonment.  Your worksite employer and Questco will process your separation as a voluntary resignation.

Your worksite employer has specific attendance requirements and rules for notifying them when you are unable to report to work as scheduled.   You are expected to abide by their policies.

**Family and Medical Leave:** This policy is established to comply with the Federal Family and Medical Leave Act of 1993 ("FMLA"), as amended.  Any questions about your benefits or responsibilities under this policy should be referred to Questco's HR department.

**Eligibility Requirements -** You are eligible to take family and medical leave only if you:

1.  have been employed by your worksite employer for at least 12 months, but not necessarily a consecutive 12-month period;
2.  have worked with the worksite employer at least 1,250 hours during the preceding 12-month period; And...
3.  are employed at a worksite where your worksite employer employs not less than 50 employees within a 75 mile radius of the worksite.

**Qualifying Reasons for FMLA-** An eligible employee may take up to 12 weeks of unpaid family and medical leave within any single, rolling 12-month period for qualifying reasons.  The rolling 12-month period will be measured backwards from the date the leave begins. Qualifying reasons include:

1.  The birth of a son or daughter.
2.  The placement of a son or daughter for adoption or foster care.
3.  To care for a spouse, son, daughter or parent with a serious health condition.
4.  Due to the employee's own serious health condition which renders the employee unable to perform the functions of his or her position.
5.  Because of a qualifying exigency arising out of the fact that an employee's covered relative is on covered active duty during a deployment to a foreign country (or has been notified of an impending call or order to covered active duty) in the Armed Forces.

- 8 -

EXHIBIT 1                    GHA00037

An eligible employee who is the spouse, son, daughter, parent or next of kin of a covered service member may take up to 26 workweeks of unpaid leave during any single, rolling 12-month period (measured backwards from the date the leave begins) to care for the service member.

**Notice of Leave -** If an employee's need for family or medical leave is foreseeable based on an expected birth, placement for adoption or foster care, or planned medical treatment for the employee's own serious health condition, the need to care for a covered relative's serious health condition or the need to care for a covered service member, the employee must give at least 30 days prior written notice to your supervisor and Questco's department.   This notice and any required certification must be provided to the department.  Where the need for leave cannot be foreseen, the employee must give this notice as soon as is practicable under the circumstances or within one or two business days of learning of the need for leave, except in extraordinary circumstances.

An employee who requests leave for a qualifying military exigency may have to give notice of the expected leave. If the leave is foreseeable either because the covered relative is on active duty or because of an impending call or order to active duty in support of a contingency operation, the employee shall give notice of the leave as soon as is reasonable and practicable.  The notice and any required certification must be provided to your supervisor and Questco's HR department.

Failure to provide such notice may be grounds for delay or denial of leave.  All requests must be approved by the department.

**Medical Certification -** An employee requesting leave because of a serious health condition or a covered relative's  serious health   condition  must provide  appropriate  medical  certification  to  Questco's  HR department.  If an employee requests leave to care for a covered service member, the employee must provide an acceptable medical certification to the d e p a r t m e n t .  The Certification of Health Care Provider form may be obtained  from.

Questco will notify the employee of the requirement for a medical certification and that the certification is due 15 days after leave is requested.  Failure to provide the requested medical certification in a timely manner may result in denial of leave unless it is provided.  Unauthorized absences may result in the termination of employment.

**Qualifying Exigency Certification -** An employee who has requested leave for a qualifying exigency must provide Questco's HR department with a certification that the employee is taking leave because of an exigency that qualifies for leave. This certification process must be handled through the department.

**Status Reports While on Leave -** An employee, who takes leave for a serious health condition or to care for a covered relative or service member, must contact the department every 30 days to provide a status update. Employees will be informed of any additional reporting-in requirements and updates on the employee's intention to return to work.

**Medical and Other Benefits -** During an approved FMLA leave, your worksite employer will maintain your benefits as if you continued to be actively employed.  If you use paid leave to cover FMLA leave time, your worksite employer will deduct your portion of the benefit premiums as a regular payroll deduction.  If paid leave is not used, you must make premium payments to your worksite employer on or before the regular payday.  If the premium is not paid, a written reminder will be provided, requesting that the payment be submitted to the HR department.  If payments are not made during the leave, you must reimburse the company for any unpaid premiums when you return to work, or your Benefit plans could be cancelled.  When a leave is foreseeable, you may ask to have the required premiums paid through increased payroll deduction before you take the leave.

If you do not return to work, you may lose health care coverage consistent with applicable plan documents and law, unless you elect COBRA or state law continuation coverage, as applicable.   The qualifying event for this coverage occurs on the last day of the leave of absence, and the maximum coverage period is measured from the last date of the leave; unless otherwise told differently.

Rev March 2017

EXHIBIT 1                                                                    GHA00038

**Returning from Leave -** Employees should notify Questco's HR department of their intent to return to work at least two weeks before their anticipated return date; or sooner, if returning in less than 2 weeks.  If the leave is because of an employee's own serious health condition, the employee must provide medical certification signed by the treating physician that the employee is fit to resume work, with or without accommodation.  An employee who fails to provide a medical certification may not be permitted to resume work until it is provided. A disabled employee may request a reasonable accommodation for returning to work, as described in the Equal Employment Opportunity section of this employee handbook.

**Retaliation -** Retaliation is prohibited against employees for requesting or taking FMLA leave.  If an employee believes he or she has been subjected to retaliation, the employee should follow the reporting procedures for discrimination/harassment complaints.

**Fraud -** An employee who submits fraudulent information to secure or maintain FMLA leave will be subject to discipline, up to and including termination.

**Nursing Mothers:** Your worksite employer and Questco support any mother who chooses to nurse her child.  So long as an employee works at a location where the worksite employer employs at least 50 employees within a 75-mile radius, an employee may take reasonable breaks to express milk while at work for one year after the birth of a child. If a break is longer than 20 minutes, a non-exempt employee will not be paid for the break time unless otherwise required by applicable state or local law.  Otherwise, the break time is paid.   A private area will be provided for nursing mothers to express milk. Please do not use a restroom for expressing milk.  The authorized area will be a designated area outside of the restrooms.  If you experience problems with or have questions about this policy, please contact your supervisor and the HR  department at Questco.  Additional state law protections may apply.

**Military Leave:**  Your worksite employer and Questco will grant unpaid leaves of absence for military or Reserve duty.  If you are called to active military duty or to Reserve or National Guard training, or if you volunteer for the duty, you must notify your supervisor and the Questco's HR department and submit copies of your military orders as soon as possible.    You will be granted a military leave of absence without pay for the period of military service, in accordance with any applicable federal and state laws. If you are a reservist or a member of the National Guard, you will be granted time off without pay for required military training.  Applicable federal and state laws will determine your eligibility for reinstatement after the military duty or training.

## Section 6: Safety

**Accident Reporting:** If an on-the-job injury happens, you must follow certain guidelines. In a life-threatening or serious emergency, call 911 as soon as possible. For all other accidents, immediately contact your direct supervisor; if your supervisor is injured, immediately contact another member of management.  No matter how minor an injury or illness may appear, you must report all on- the-job injuries and illnesses to your supervisor and on the same day the injury occurs.

**Return to Work:** Your worksite employer and Questco are committed to promoting employee health and recovery from a work-related injury or illness through early intervention and active case management.  It is our goal to maintain a safe workplace for all employees.  When an injury does occur, the program helps to make the process of returning to work as smooth and efficient as possible.

This policy aims to provide meaningful work activity for all employees who become temporarily unable to perform all or portions of their regular work assignments due to work related injury or illness.  To facilitate this process, return to work duties may be in the form of either changed duties within the scope of the current position, or other available duties – through the worksite employer or offsite organizations experienced in return- to-work programs.  If you have questions about the Return to Work program, please contact Questco's risk management department.

800-256-7823        riskmanagement@questco.net

Rev March 2017

EXHIBIT 1

GHA00039

**Retaliation:**   Your worksite employer and Questco will not retaliate against any employee for filing a workers' compensation claim, hiring a workers' compensation lawyer or taking other steps toward filing a workers' compensation claim in good faith, or for serving as a witness in a workers' compensation claim.    If you believe you are being retaliated against, you should follow the reporting procedures for discrimination and harassment complaints as outlined in this employee handbook.

## Section 7: Proprietary Information

All proprietary information about your worksite employer's business operations is its proprietary information, developed at its own cost. Proprietary information includes, but is not limited to, confidential information about the company's customers, potential customers, vendors, projects, contemplated projects, financial affairs, profit margins, pricing strategies, marketing strategies, sales strategies, research and development, know-how and negative know-how. This proprietary information belongs to your worksite employer and may only be accessed, used or disclosed for authorized company business.

You must use your best efforts to protect the secrecy of the proprietary information.   For example, proprietary information may not be discussed with outsiders without authorization.   You also may not copy, save or transfer electronic copies of proprietary information away from the company's storage location (e.g., a server network) for it— except for authorized business use.  The storage location will be the sole repository for the proprietary information.  For example, you may not e-mail proprietary information to your personal e-mail account.

At the end of your employment, you must immediately return all of the company's proprietary information.  Any continued use is strictly unauthorized.    Former employees must continue to comply with this policy.

Likewise, your worksite employer does not solicit proprietary business information from its employees about any other business.   The company prohibits its employees from improperly disclosing or using proprietary business information obtained while working for or associated with any other business.

## Section 8: Pay Administration

**Recording Hours Worked:** Your worksite employer provides its non-exempt employees with a system for keeping track of their hours worked.   Non-exempt employees should keep accurate and complete records of all hours worked, including any time worked over the employee's normal schedule.   They must also record any meal breaks or absences.

Non-exempt employees may not work "off the clock." All time worked must be included on time records for the day when the hours were actually worked.  If you are aware or believe that a non-exempt co-worker is working "off the clock," you must report it to your worksite employer's management team and Questco's HR department.

An employee who fails to properly keep time records may be subject to disciplinary action up to and including termination. Employees – including supervisors – will be disciplined for falsifying the time records for themselves or any other employee, or for instructing another individual to falsify the time records.

**Pay Procedures:** Your worksite employer will set pay procedures for you, and Questco will administer those procedures.   All required deductions (such as for federal, state and local taxes) and all authorized voluntary deductions (such as for health insurance contributions) will be withheld automatically from your paychecks.

- 11 -

Rev March 2017

EXHIBIT 1                    GHA00040

**Exempt Employees -** An exempt employee's salary represents payment for all hours he or she may be required to work in any given workweek, regardless of the actual number of hours worked.

Deductions may be made from an exempt employee's salary for:

1.  Personal reasons, other than sickness or disability, if the employee does not have enough accrued leave to cover the absence and is absent for at least a full day;
2.  Sickness or disability (including work-related accidents) if the pay deduction is made in accordance with a bona fide plan, policy or practice of providing compensation for loss of salary caused by the sickness or disability and the employee is absent for at least a full day;
3.  Penalties imposed in good faith for infractions of safety rules of major significance, so long as pay is reduced in full day increments; and
4.  Unpaid disciplinary suspensions imposed in good faith for major infractions of workplace conduct rules, so long as pay is reduced in full day increments.

**Non-exempt Employees -** Non-exempt employees will receive compensation for the first forty hours worked during a workweek at their regular hourly pay rate. Unless otherwise specified, your worksite employer's regular workweek runs from Monday through Sunday. For any hours worked beyond the first forty, the employee will receive overtime wages for all hours worked at one and one-half times the regular hourly pay rate.  Because any company holidays and other paid time off are not considered hours worked, these days are not normally considered when calculating the number of hours worked for overtime pay.

Although non-exempt employees will be paid for all hours worked, these employees must have overtime hours pre-approved by their supervisor before working the hours.  An employee may be subject to discipline, up to and including termination, for working overtime hours without pre-approval.  Please remember that it is also a disciplinary infraction to work any hours "off the clock."

**Pay Concerns:**  Your worksite employer and Questco strive to ensure that all employees are fully paid to comply with the requirements established by any applicable federal, state and local laws.  Managers are strictly prohibited from making improper deductions from employees' wages and salaries.

**Accuracy of paychecks -** Look to ensure each paycheck is accurate.  If you believe that an improper deduction has been made to your wages or that you have not been fully paid for any payroll period, you must immediately report it to your worksite employer's management team and Questco's HR department.  These reports will be promptly investigated.  If your worksite employer determines that an improper deduction has occurred or that you did not receive full compensation, you will be promptly reimbursed.

**No retaliation -** Your worksite employer and Questco prohibit retaliation against anyone who has made a complaint under this policy.  If you feel you have been retaliated against, you must report the retaliation using the procedure for discrimination and harassment complaints as described previously in this handbook.

## Section 9: Employee Benefits

**Insurance & Savings Plans:**   Employees may participate in worksite employer-sponsored insurance and savings plans in accordance with the plans' terms and conditions.  If any part of this employee handbook conflicts with any effective plan policy or summary plan description, the plan documents are the last word and govern the issue. Your worksite employer and Questco specifically reserve the right to modify, amend or withdraw any benefit plans at any time and with or without notice.

**Paid Time Off:**   Your worksite employer alone determines policies for paid time off, such as for illness, holidays, vacation, bereavement and jury duty.

- 12 -

Rev March 2017

EXHIBIT 1                        GHA00041

## Section 10: Personnel Records

To ensure that personnel files are up-to-date at all times, you must notify your supervisor and Questco's HR department of any changes in your name, telephone number, home address, marital status, number of dependents, beneficiary designations, scholastic achievements and the individuals to notify in case of an emergency.

## Section 11: Separation from Employment

**Ending Employment:**   Both your worksite employer and Questco hope that our relationship with you is long term and mutually rewarding, however your worksite employer reserves the right to terminate the employment relationship at any time, with or without cause or notice.   You also have the right to end your employment at any time and with or without cause or notice.

If you want to resign, please give at least two weeks' advance notice of your last day of work as a courtesy. This notice should preferably be given in writing to your supervisor.

*Upon separation every employee must – within 24 hours – contact Questco's HR  department (800-256-7823) to discuss reassignment eligibility.    If you must leave a voicemail, please leave your name, telephone number, and the name of the worksite employer from whom you have separated.  A representative from Questco's HR department will return your call. Once you have spoken to a  representative, you will be issued a code as proof that you reported as required.  Failure to report upon separation may result in denial of unemployment benefits to which you may otherwise be entitled, per each State law.*

**Final Paycheck:** will be paid in accordance with all applicable state and local law.

## Section 12: Arbitration

Your worksite employer and Questco are looking forward to working with you or continuing to do so.  No disputes are anticipated.   Yet we believe in planning ahead for all contingencies and also believe that arbitration benefits everyone.

If a dispute about your employment comes up, all parties shall make every effort to resolve the dispute amicably. Should informal resolution not be possible, all parties agree to resolve the dispute in binding arbitration.   You, your worksite employer or Questco may invoke arbitration with respect to any claim, dispute or controversy about or arising out of your employment – except for a matter that relates to post- employment obligations concerning trade secrets, confidential information, competition or solicitation, or a matter that relates to unpaid wages (and not overtime wages) made only through the appropriate state agency ("Non-Covered Disputes"). All claims, disputes or controversies that relate to your employment  – except for Non-Covered Disputes – shall be decided by binding arbitration with the American Arbitration Association in accordance with its arbitration rules for employment disputes. As used in this policy, your worksite employer and Questco also includes their parent companies, subsidiaries, affiliated entities, executives, directors, employees, agents, attorneys and owners. All parties are waiving their right to a jury or bench trial in favor of binding arbitration.

Certain procedures will apply in any arbitration proceeding between the parties.   The arbitration hearing shall be held only in Houston, Texas; or as applicable to state law. The final hearing must be concluded within no more than eight months after a party institutes the arbitration proceeding. Subject to any additional limits imposed by the arbitrator, neither party may depose witnesses for more than 15 hours or serve more than 40 individual document requests and 25 interrogatories.    The arbitrator's award shall be rendered with reasons in writing, stating the facts and findings.  The award shall be final, and judgment may be entered upon it in court. This policy shall be enforced consistent with the Federal Arbitration Act.

Either party is still free to file, maintain or cooperate with any government investigation or proceeding even if it relates to a claim, dispute or controversy covered by their promise to arbitrate. That right is not being waived in any way. Instead, the parties promise not to bring a lawsuit grounded on those claims, disputes or controversies.

- 13 -

Rev March 2017

EXHIBIT 1                                GHA00042

This arbitration policy can be revised or eliminated only on ten days' advance notice, and any such changes will apply only to disputes that arise after the effective date of any announced changes.   Any dispute that arises during the notice period for the revised policy will be governed by the policy that applied before the changes.

Your employment is conditioned on accepting this policy.   For clarity, you are being asked to sign an acknowledgment that you have received, read and understood the employee handbook which contains this policy. But even without your signature, this policy applies to any disputes that arise after the day when you first received it based on your continued employment. Another stand-alone copy of this policy is included in your new hire packet.

- 14 -

Rev March 2017

EXHIBIT 1

GHA00043