# EMPLOYEE HANDBOOK ACKNOWLEDGMENT AND RECEIPT

I hereby acknowledge receipt of the employee handbook of GH America Investments Group, Inc. and its affliates. I understand and agree that it is my responsibility to read and comply with the policies in the handbook.

I understand that the handbook and all other written and oral materials provided to me are intended for informational purposes only. Neither it, company practices, nor other communications create an employment contract or term. I understand that the policies and benefits, both in the handbook and those communicated to me in any other fashion, are subject to interpretation, review, and change by management at any time without notice.

I further agree that neither this document nor any other communication shall bind the company to employ me now or hereafter and that my employment may be terminated by me or the company without reason at any time. I understand that no representative of the company has any authority to enter into any agreement for employment for any specified period of time or to assure any other personnel action or to assure any benefits or terms or conditions of employment, or make any agreement contrary to the foregoing.

I also understand and agree that this agreement may not be modified orally and that only the President / Owner of the company may make a commitment for employment. I also understand that if such an agreement is made, it must be in writing and signed by the President / Owner of the company.

*Mingyu Tang*
_____
Employee's Name - Print

*[signature]*
_____
Signature of Employee

12/16/2019
_____
Date Signed by Employee

**TO BE PLACED IN EMPLOYEE'S PERSONNEL FILE**

EXHIBIT 2                                                GHA00044