# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GHA CAPSTONE, LLC; GH AMERICA INVESTMENT GROUP, INC.; BRAZOS HIGHLAND HOLDING, LLC; and GH AMERICA ENERGY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MINGYU TANG,<br><br>Defendant. | CASE NO. 4:23-cv-03402 |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Mingyu Tang (hereinafter referred to as "Tang" or "Defendant"), through his undersigned counsel, hereby answers, responds, and alleges as follows.[1]

## PARTIES

1. Defendant can neither admit nor deny the factual allegations asserted in this paragraph for lack of sufficient knowledge.

2. Defendant can neither admit nor deny the factual allegations asserted in this paragraph for lack of sufficient knowledge.

3. Defendant can neither admit nor deny the factual allegations asserted in this paragraph for lack of sufficient knowledge.

4. Defendant can neither admit nor deny the factual allegations asserted in this paragraph for lack of sufficient knowledge.

---

[1] Paragraphs 1-27o in this Answer correspond to the numbered paragraphs in Plaintiff's Original Complaint. Defendant reserves the right to amend its Answer and defenses as discovery in this matter proceeds.

5. Defendant admits the factual allegations set forth in this paragraph.

## JURISDICTION AND VENUE

6. This paragraph does not set forth any factual allegations requiring specific admission or denial.

7. This paragraph does not set forth any factual allegations requiring specific admission or denial.

8. This paragraph does not set forth any factual allegations requiring specific admission or denial.

9. This paragraph does not set forth any factual allegations requiring specific admission or denial.

## SPECIFIC AFFIRMATIONS AND DENIALS

10. Defendant admits the factual allegations set forth in this paragraph.

11. Defendant admits the factual allegations set forth in this paragraph.

12. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

13. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

14. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

15. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

16. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

17. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

18. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

19. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

20. This paragraph sets forth factual allegations that are best evidenced in the referenced exhibit.

21. Defendant admits that a storm caused an electrical power surge which lead him to report the incident to CEO right after the incident happened and turn in his company issued laptop. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

22. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

23. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

24. Defendant denies installing "BitLocker" on his company issued laptop. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

25. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

26. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

26a. Defendant admits that he shared documents in order to work from home, as the company would often ask him to work after hours or on the weekend. In addition, Defendant admits that he no longer had his work computer after the electrical power surge incident, and that the company's loaner laptop was unable to perform all needed work tasks, therefore requiring him to transfer files to his home computer for work purposes. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

26b. Defendant admits to transferring files in the regular course of business. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

26c. Defendant denies that the alleged USB device is in his possession. Defendant admits that the alleged USB device has been relinquished. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

26d. Defendant admits he took a medical leave of absence after Mr. Lingyun Sun (CEO) yelled at him and called him a "Bitch" and after his psychiatrist's diagnosis on Aug.10  Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27. Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27a. Defendant admits the factual allegations set forth in this paragraph.

27b. Defendant denies the factual allegations set forth in this paragraph.

27c. Defendant denies the factual allegations set forth in this paragraph.

27d. Defendant denies the factual allegations set forth in this paragraph.

27e. Defendant denies the factual allegations set forth in this paragraph.

27f. Defendant denies the factual allegations set forth in this paragraph.

27g. Defendant denies the factual allegations set forth in this paragraph.

27h. This paragraph does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27i. This paragraph does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27j. This paragraph does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27k. This paragraph does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant can neither admit nor deny the remaining factual allegations asserted in this paragraph for lack of sufficient knowledge.

27l. This paragraph is hypothetical and does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant denies that Plaintiff has suffered any damages.

27m. This paragraph is hypothetical and does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant denies that Plaintiff has suffered any damages.

27n. This paragraph is hypothetical and does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant denies that Plaintiff has suffered any damages.

27o. This paragraph is hypothetical and does not set forth any factual allegations requiring specific admission or denial. To the extent that it does, Defendant denies that Plaintiff has suffered any damages.

## PLAINTIFF'S CLAIMS FOR RELIEF AND DEFENDANT'S AFFIRMATIVE DEFENESES

28. The remaining paragraphs of Plaintiff's Complaint are legal statements, conclusions, and/or do not require a specific admission or denial. To the extent that they do, Defendant denies each and every claim pled by Plaintiff and demands strict proof thereof.

29. Plaintiff has failed to state a claim for which relief may be granted.

30. Plaintiff has failed to mitigate its damages.

31. Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

32. Plaintiff's lawsuit is frivolous, without merit, and has been filed for the purposes of harassment.

33. Defendant further pleads the affirmative defenses of fraud and illegality.

## PRAYER FOR RELIEF

34. Defendant respectfully prays that Plaintiff take nothing by way of this lawsuit, that Defendant be awarded their fees and costs, and pray for such other and further relief, at law or in equity, to which they may be entitled.

Respectfully submitted,

SHELLIST LAZARZ SLOBIN LLP

*/s/ Sidd Rao*
Mark G. Lazarz
State Bar No. 12069100
mlazarz@eeoc.net
Sidd Rao
State Bar No. 24065947
srao@eeoc.net
11 Greenway Plaza
Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading has been served on all counsel of record by electronic filing through the CM/ECF system on October 12, 2023.

*/s/ Sidd Rao*
Sidd Rao