UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GHA CAPSTONE, LLC; GH AMERICA INVESTMENT GROUP, INC.; BRAZOS HIGHLAND HOLDING, LLC; and GH AMERICA ENERGY, LLC, | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 4:23-cv-03402 |
| MINGYU TANG, | § § § | |
| *Defendant.* | § | |

**PLAINTIFFS' WITNESS LIST FOR THE OCTOBER 19, 2023,
PRELIMINARY INJUNCTION HEARING**

NOW COME Plaintiffs, GHA CAPSTONE, LLC ("GHA Capstone"); GH AMERICA INVESTMENT GROUP, INC. ("GHA Investment"); BRAZOS HIGHLAND HOLDING, LLC; and GH AMERICA ENERGY, LLC ("GHAE")(collectively, "GHA"), in the above entitled and numbered cause, and respectfully submit the following list of witnesses to be called to testify at the preliminary injunction hearing scheduled in this matter for October 19, 2023, beginning at 1:30 p.m.

*Will Call*:

1. **John Skibinski**
   c/o Henna Ghafoor
   MOSAIC Paradigm Law Group PC
   10370 Richmond Avenue, Suite 850
   Houston, Texas 77042

   Mr. Skibinski is the New Energies Technical Director for GHAE. Mr. Skibinski will testify about facts and circumstances surrounding this case.

2. **Mingyu Tang, Defendant**
   c/o Mark Lazarz

1

mlazarz@eeoc.net
Shellist, Lazarz, Slobin, LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Mr. Tang will be called to testify about facts and circumstances surrounding this case.

*May Call*:

3. **Zachary Soto**
   c/o Purpose Legal
   8131 LBJ Freeway, Suite 325
   Dallas, Texas 75251

Mr. Soto is the Senior Forensic Analyst who assisted in forensic collection and analysis of data leading to the discovery of the matters at issue. Mr. Soto may be called to testify about facts and circumstances surrounding the alleged misappropriation and/or exfiltration of GHA confidential and proprietary information by Mr. Tang.

4. **Ergos Technology Partners, Inc.**
   6110 Clarkson Lane
   Houston, Texas 77055

Ergos is GHA's Information Technology (IT) vendor and may be called to testify about facts and circumstances giving rise to the claims asserted in this lawsuit.

5. **Any witness listed or called by any party**.

In addition to the forgoing, Plaintiffs may introduce, for purposes of rebuttal and/or impeachment, any witness made necessary by the testimony offered at the hearing, but which is not yet known. If other witnesses to be called at the hearing become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Plaintiffs reserve the right to cross-examine any witness called by any party. Plaintiffs further reserve the right to supplement and/or amend this list as appropriate and permitted by the rules.

Signed on October 18, 2023.

                                              Respectfully submitted,

*/s/Henna Ghafoor*     .
HENNA GHAFOOR
FEDERAL BAR NO.: 2258471
TBN: 24079867
hghafoor@mp-lg.com
CHRISTINA KLEPIN
FEDERAL BAR NO.: 3856103
TBN: 24135816
cklepin@mp-lg.com
**MOSAIC Paradigm Law Group PC**
10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, a true and correct copy of the above and foregoing was served upon all unrepresented parties in accordance with Rule 5 of the Federal Rules of Civil Procedure.

*/s/Henna Ghafoor*     .
HENNA GHAFOOR

3