United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GHA CAPSTONE, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03402 |
| | § | |
| MINGYU TANG, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On January 20, 2026, this case was called to trial. Plaintiffs GHA Capstone, LLC, GH America Investment Group, Inc., Brazos Highland Holding, LLC, and GH America Energy LLC's (collectively, "Plaintiffs") and Defendant Mingyu Tang ("Defendant") appeared through their attorneys and announced ready for trial. A jury of seven qualified jurors was impaneled and sworn and the case proceeded to trial before this Court.

On January 27, 2026, after the conclusion of the evidence and argument of counsel, the Court submitted the charge to the jury. The verdict was returned that same day and accepted by the Court. The charge of the Court and verdict of the jury are attached and incorporated herein for all purposes. The Court is of the opinion that the jury's verdict is well taken. Based on the findings of the jury, the Court renders and signs this Final Judgment. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiffs shall have and recover from Defendant $113,000.00 in actual damages. Furthermore, Plaintiffs shall have and recover from Defendant $19,178.00 in exemplary damages. Plaintiff shall have and recover prejudgment interest at the rate of 6.75% accruing on actual damages on September 12, 2023, through the date

before this Final Judgment. Plaintiff shall have and recover postjudgment interest at the rate of 4.41% accruing on the total amount of damages and prejudgment interest beginning on the date of this Final Judgment and continuing on all amounts due hereunder until the Final Judgment is paid in full. Postjudgment interest shall compound annually. It is further

ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and processes for the enforcement and collection of this Final Judgment or the costs awarded herein as may be necessary.

This Final Judgment disposes of all remaining parties, issues, and claims, is a final judgment for all purposes, and is appealable.

It is so ORDERED.

SEP 2 8 2026
Date

The Honorable Alfred H. Bennett
United States District Judge